UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN RARICK,<br>individually and on behalf of a class of<br>similarly situated persons,<br>        Plaintiff,<br>    v.<br><br>FEDERATED SERVICE INSURANCE<br>COMPANY,<br>        Defendant. | No. 2:13-cv-03286 |

## O R D E R

**AND NOW**, this 28th day of September, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania, Case No. 02727, May Term 2013;

2. The Clerk of Court is directed to send a certified copy of this Order to the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania; and

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge