UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN RARICK, *individually and on behalf of a class of similarly situated persons*,<br><br>Plaintiff,<br>v.<br><br>FEDERATED SERVICE INSURANCE COMPANY,<br><br>Defendant. | No. 2:13-cv-03286 |

# **O R D E R**

**AND NOW**, this 10th day of July, 2018, for the reasons expressed in the opinion issued this date, **IT IS ORDERED THAT**:

1. Plaintiff's Motion for Partial Summary Judgment, ECF No. 65, is **DENIED**.

2. Defendant's Motion for Summary Judgment, ECF No. 66, is **GRANTED**.

3. Judgment is entered in favor of Defendant and against Plaintiff.

4. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
Joseph F. Leeson, Jr.
United States District Judge

071018